IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:23-mj-238 |
| ) | |
| BRENDA GONZALEZSERRANO, ) | Court Date: February 6, 2024 |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – 7513322)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 5, 2023, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, BRENDA GONZALEZSERRANO, did assault V.R.

(In violation of Title 18, United States Code, Section 113(a)(5).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:       /s/
Vincent Salem
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: vincent.salem@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on November 7, 2023, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Vincent Salem
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: vincent.salem@usdoj.gov